JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY WOLFE,<br><br>            *Plaintiff,*<br><br>     v.<br><br>CLARK COUNTY SCHOOL DISTRICT;<br>and DOES Individuals I through X;<br>*inclusive*,<br><br>            *Defendants.* | Civil Action No. 2:22-cv-1709-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 5]**<br><br>***(First Request)***<br><br>ECF No. 7 |

Plaintiff TAMMY WOLFE ("Plaintiff" or "Ms. Wolfe") and Defendant Clark County School District ("Defendant" or "CCSD") by and through their respective counsel of record, hereby stipulate to the following:

1.     The Parties hereby stipulate and agree that Plaintiff shall have an additional fourteen (14) days to file her Opposition to Defendant's Motion to Dismiss (ECF No. 5), which was filed on November 21, 2022.

2.     The current deadline for Plaintiff to file her Opposition to Defendant's Motion to Dismiss is December 5, 2022, and the requested 14 day extension would make the new deadline be December 19, 2022.

///

///

3.      This extension is the first request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 28th day of November, 2022.          Dated this 28th day of November, 2022.

**THE BACH LAW FIRM, LLC**                       **CLARK COUNTY SCHOOL DISTRICT**
                                                 **OFFICE OF ATTORNEY GENERAL**

By: _/s/ Jason J. Bach_____          By: __/s/ Nicholas T. Petsas_____
    JASON J. BACH                                    NICHOLAS T. PETSAS
    Nevada Bar No. 7984                              Nevada Bar No. 13222
    7881 W. Charleston Blvd, Suite 165               5100 West Sahara Ave
    Las Vegas, NV 89117                              Las Vegas, NV 89146
    Telephone: (702) 925-8787                        Telephone: (702) 799-5373
    Email: jbach@bachlawfirm.com                     Email: petsant@nv.ccsd.net
    *Attorney for Plaintiff*                         *Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: ___11/29/22_____

- 2 -