CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
NICHOLAS T. PETSAS, ESQ.
Nevada Bar No. 13222
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone:  (702) 799-5373
Facsimile:   (702) 799-7243
petsant@nv.ccsd.net
*Attorney for Defendant*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY WOLFE,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES Individuals I through X; *inclusive*,<br><br>        Defendants. | Case No:   2:22-cv-01709-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 11]**<br><br>**[FIRST REQUEST]** ECF No. 12 |

Defendant Clark County School District ("Defendant") and Plaintiff Tammy Wolfe ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to the following:

1. The Parties hereby stipulate and agree that Defendant shall have an additional fourteen (14) days to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 11), which was filed on December 19, 2022.

2. The current deadline for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is December 26, 2022, and the requested fourteen (14) day extension would make the new deadline January 9, 2023.

3. This matter is currently set for a Hearing on Defendant's Motion to Dismiss before this Honorable Court on February 1, 2023 at 10:30 a.m.

/ / /

/ / /

4. This extension is the first request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 22nd day of December, 2022 | Dated this 22nd day of December, 2022 |
| THE BACH LAW FIRM, LLC | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| By: /s/ Jason J. Bach <br> Jason J. Bach, Esq. (#7984) <br> 7881 W. Charleston Blvd., Suite 165 <br> Las Vegas, Nevada 89117 <br> Telephone: (702) 925-8787 <br> Email: jbach@bachlawfirm.com <br> *Attorney for Plaintiff* | By: /s/ Nicholas T. Petsas <br> Nicholas T. Petsas, Esq. (#13222) <br> 5100 West Sahara Avenue <br> Las Vegas, Nevada 89146 <br> Telephone: (702) 799-5373 <br> Email: petsant@nv.ccsd.net <br> *Attorney for Defendant* |

## ORDER

**IT IS SO ORDERED.**

DATED: December 22, 2022.

_____
UNITED STATES DISTRICT JUDGE