CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
NICHOLAS T. PETSAS, ESQ.
Nevada Bar No. 13222
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
petsant@nv.ccsd.net
*Attorney for Defendant*
*Clark County School District*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY WOLFE,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; and DOES Individuals I through X; *inclusive*,<br><br>Defendants. | Case No:  2:22-cv-01709-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

Plaintiff Tammy Wolfe, and Defendant Clark County School District, by and through their respective counsel of record, having agreed to resolve this matter, hereby stipulate and request that the above-captioned matter be dismissed, with prejudice.

///

///

///

///

///

Each party shall bear its own costs and fees incurred in this dispute.

DATED this 30th day of March, 2023.        DATED this 30th day of March, 2023.

THE BACH LAW FIRM, LLC                     CLARK COUNTY SCHOOL DISTRICT
                                           OFFICE OF THE GENERAL COUNSEL

By: /s/ Jason J. Bach                      By: /s/ Nicholas T. Petsas
Jason J. Bach (#7984)                      Nicholas T. Petsas (#13222)
7881 West Charleston, Suite 165            5100 West Sahara Avenue
Las Vegas, Nevada 89117                    Las Vegas, Nevada 89146
*Attorney for Plaintiff Tammy Wolfe*       *Attorney for Defendant*
                                           *Clark County School District*

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
April 3, 2023